[947 NE2d 1188, 923 NYS2d 409]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROLANDO HERRERA, Appellant.

Decided May 5, 2011

882

### APPEARANCES OF COUNSEL

*Bronx Defenders*, Bronx (*Matthew Caldwell* and *Robin S. Steinberg* of counsel), for appellant.

*Robert T. Johnson, District Attorney*, Bronx (*Stanley R. Kaplan* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed (*see People v Fernandez*, 16 NY3d 596 [2011] [decided today]).

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH and PIGOTT. Judge JONES dissents for reasons stated in his dissenting opinion in *People v Fernandez* (16 NY3d 596, 603 [2011] [decided today]).